STATE of Missouri, Respondent,

v.

Kirby James ANDERSON, Appellant.

No. 45359.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 29, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Ellen Watkins, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

## ORDER

PER CURIAM.

Defendant appeals from his convictions of first degree robbery, § 569.020, RSMo (1978), and two counts of felonious restraint, § 565.120, RSMo (1978). Defendant was sentenced to twenty-five years imprisonment for the first degree robbery conviction and ten years imprisonment for each of the two counts of felonious restraint. All sentences were ordered to run concurrently. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Leroy DAVIS, Appellant.

No. 45861.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 29, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Joseph Downey, Public Defender, Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George A. Peach, Circuit Atty., St. Louis, for respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction for first degree robbery, a violation of § 569.020, RSMo.1978, and his subsequent sentence as a persistent offender to twenty years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed in accordance with Rule 30.25(b).